JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED

2009 FEB 19  P 1:07

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-09 00180 |
| Plaintiff, | VIOLATION: Title 29, United States Code Section 439(c) - False Entry in or Willful Concealment of Books and Records (Class A misdemeanor) |
| v. | |
| AUDREA ANN JIMENEZ, | |
| Defendant. | |

MAG

INFORMATION

The United States Attorney Charges:

1. At all times relevant to this information:

   a. A labor organization engaged in an industry affecting interstate commerce was subject to the Labor Management Reporting and Disclosure Act of 1959 ("LMRDA"), 29 U.S.C. § 401 et seq., and was required to file an annual LM-3 financial report with the United States Department of Labor.

   b. Carpenters Local 262 was a labor organization consisting of approximately 340 to 400 members employed in the carpentry industry. The union is located in San Jose, California.

   c. Carpenters Local 262 was required under the LMRDA to file an annual financial report with the United States Department of Labor. In addition, under Section 206 of the

INFORMATION

1

LMRDA, Carpenters Local 262 was required to maintain records of all supporting documents that formed the basis of the union's annual financial report submitted to the Department of Labor.

    d. From approximately May 2000 to June 2006, Audrea Ann Jimenez served as the secretary and bookkeeper for Carpenters Local 262. She was responsible for recording financial transactions, preparing electronic payroll deposits, and reconciling the organization's bank accounts.

COUNT ONE: (29 U.S.C. § 439(c) - False Entry In or Willful Concealment of Labor Records)

    2. The factual allegations contained in paragraph 1 are realleged and incorporated here by reference as if set forth in full.

    3. On or about February 22, 2005, in the Northern District of California, the defendant,

AUDREA ANN JIMENEZ,

did willfully make a false entry in a record required to be kept by Section 436 of Title 29, United States Code, Section 439(c), to wit; by transferring funds in the amount of $706.32, without authorization, from the bank account of Carpenters Local 262 into her own bank account and failing to make a corresponding entry in the check register;

    All in violation of Title 29, United States Code, Section 439(c).

DATED: 2/17/2009

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: _____)
JENNIFER RO
Law Clerk

INFORMATION

2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
29 U.S.C. § 439(c) - False Entry In or Willful Conealment, etc., of Books and Records

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
1 year imprisonment
$10,000 fine
$25 special assessment

*E-filing*

**DEFENDANT - U.S.**
▶ AUDREA A. JIMENEZ

**DISTRICT COURT NUMBER**
CR-09 00180 MAG

FILED
2009 FEB 19 P 1:07
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
HUD- OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO. _____

MAGISTRATE CASE NO. _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)** Susan Knight

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☑ Arraignment  ☑ Initial Appearance

**Defendant Address:**
~~[redacted]~~
(CASE AGENT WILL SERVE SUMMONS)

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: March 19, 2009 @ 9:30 a.m.
Before Judge: The Honorable Howard R. Lloyd

Comments: