| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163173)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CSBN 209013)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5056 |
| 7 | FAX: (408) 535-5066<br>Susan.Knight@usdoj.gov |
| 8 | Attorneys for Plaintiff |

**FILED**

MAR 25 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-00180 HRL |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER EXCLUDING TIME |
| | ) | |
| AUDREA JIMENEZ, | ) | |
| Defendant. | ) | SAN JOSE VENUE |
| | ) | |

On March 19, 2009, the parties in this case appeared before the Court for an initial appearance. U.S. Attorney Law Clerk Heather Young requested an exclusion of time under the Speedy Trial Act from March 19, 2009 to April 16, 2009 in order for the government to provide discovery to AFPD Lara Vinnard. The defendant, through AFPD Lara Vinnard, agreed to the exclusion. The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                    JOSEPH P. RUSSONIELLO
                                  United States Attorney

DATED: 3/20/08                    _____/s/_____
                                  SUSAN KNIGHT
                                  Assistant United States Attorney

1 | DATED: 3/20/08               /s/
2 |                               LARA VINNARD
  |                               Assistant Federal Public Defender
3 |
4 |    Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
5 | under the Speedy Trial Act from March 19, 2009 to April 16, 2009.  The Court finds, based on
6 | the aforementioned reasons, that the ends of justice served by granting the requested continuance
7 | outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant
8 | the requested continuance would deny defense counsel reasonable time necessary for effective
9 | preparation, taking into account the exercise of due diligence, and would result in a miscarriage
10 | of justice.  The Court therefore concludes that this exclusion of time should be made under 18
11 | U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
12 | SO ORDERED.
13 |
14 | DATED: 3/24/09
15 |                               HOWARD L. LLOYD
                                   United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. 09-00180 HRL                    2